# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 19-0677-SVW (JEM) | Date | October 2, 2019 |
|---|---|---|---|
| Title | Jon Edward Flores v. W.L. Montgomery | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO FILE STATUS REPORT**

On June 24, 2019, the Court granted Petitioner's request for a stay of these proceedings and ordered Petitioner, *inter alia*, to file regular status reports every sixty (60) days. Petitioner failed to file a status report by the deadline. On September 4, 2019, the Court *sua sponte* extended Petitioner's time to file the status report to September 18, 2019. To date, Petitioner has not filed a status report.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE in writing no later than October 12, 2019, why the stay of this action should not be lifted. The Order to Show Cause may be discharged by the filing of a status report demonstrating Petitioner's efforts to exhaust his claims, including attaching any habeas petitions (without exhibits) that have been filed in the state courts.

Petitioner is advised that failure to file the status report or other response to this Order to Show Cause by the deadline may result in the stay being lifted, the Court's refusal to consider any request by Petitioner to adjudicate claims that may become exhausted at a future date, and/or a recommendation that this action be dismissed for lack of prosecution and/or failure to comply with a court order.

cc: Parties

| | : | |
|---|---|---|
| | Initials of Preparer | slo |