# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON EDWARD FLORES,<br><br>                Petitioner,<br><br>        v.<br><br>W.L. MONTGOMERY,<br><br>                Respondent. | Case No. EDCV 19-677-SVW (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the First Amended Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

DATED: August 4, 2022

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE