JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON EDWARD FLORES, | Case No. EDCV 19-677-SVW (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| W.L. MONTGOMERY, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: August 4, 2022

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE